UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re LYDIA A. BALLIET HABENICHT and JAMES FREDERICK HABENICHT, <br><br> Debtors and Appellants | Case No.: 12-CV-03667-LHK <br><br> ORDER DISMISSING BANKRUPTCY APPEAL |

On August 24, 2012, Appellants filed a motion to dismiss this appeal, explaining that they had elected to file a new bankruptcy petition which mooted the appeal. ECF No. 4. The Court finds that because this appeal is now moot due to Appellants' new petition, good cause exists for the dismissal of the appeal. Accordingly, Appellants' motion to dismiss this bankruptcy appeal is GRANTED. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December 7, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge